CITY OF WEST PALM BEACH, FLORIDA, a municipal corporation, *Plaintiff in Error,* vs. OLA GRIMMETT, joined by her husband and next friend, E. C. GRIMMETT, and E. C. GRIMMETT, in his own right, *Defendant in Error.*

136 So. 320.

137 So. 385.

Division B.

Decision filed July 31, 1931.

Petition for rehearing denied September 19, 1931.

*Waller & Pepper,* of Tallahassee, *J. Mark Wilcox* and *Snedigar & Baya,* of Miami, for Plaintiff in Error;

*Boozer & Boozer,* of West Palm Beach, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of

the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.

## ON REHEARING PETITION.

PER CURIAM.—The judgment in this case allowing plaintiff a recovery of damages for personal injuries inflicted on her by a motorcycle operated by a policeman of the City of West Palm Beach, when he recklessly and negligently ran the same against plaintiff while she was walking on a sidewalk of the city, was affirmed by this Court on the authority of City of Tallahassee vs. Kaufman, 87 Fla. 119, 100 Sou. 150, and Maxwell vs. City of Miami, 87 Fla. 107, 100 Sou. 147.

Section 125, of Chapter 9945, Acts of 1923, which is the City Charter of West Palm Beach, if conceded to be a valid and enforceable provision of law, is not applicable to the case presented by this record and the petition for rehearing must accordingly be denied insofar as it is based on any special exemption from liability. See Bryan vs. West Palm Beach, 75 Fla. 19, 77 Sou. 627.

The petition for a rehearing is denied.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.